■ NUNZIO CASSAMASSINO, Respondent, v. PHILIP SHLIMOWITZ et al., Individually and as Copartners Doing Business as STRAND GARAGE, Appellants, et al., Defendant.— In an action to recover damages for injuries to person and property alleged to have been sustained when a floor collapsed in a building owned by defendant 19-29 Rockwell, Inc., and leased to the appellants, the complaint was dismissed as to defendant Rockwell, and the jury rendered a verdict for $12,500 in favor of respondent against appellants. The appeal is from the judgment entered thereon, limited by appellants' brief to a claim only that the verdict is excessive. Judgment, insofar as it is in favor of respondent against appellants, reversed and a new trial granted, with costs to abide the event, unless respondent within 10 days after the entry of the order hereon stipulate to reduce the verdict to $9,500, in which event the judgment

as so reduced is unanimously affirmed, without costs. In our opinion the verdict is excessive. Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.